■ VELDA CLARKE, Petitioner, v NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, Respondent. [935 NYS2d 884]—

Substantial evidence supports respondent's findings that petitioner violated relevant regulations, including refusing to cooperate and allow access to the home (18 NYCRR 416.15 [a] [10]), and by not having the proper number of caregivers present for each child under the age of two years old (18 NYCRR 416.8 [d] [2]), and that such violations placed the children's health, safety and welfare in imminent danger (*see Matter of Seemangal v New York State Off. of Children & Family Servs.*, 49 AD3d 460 [2008]). There exists no basis to disturb the credibility determinations of the Administrative Law Judge (*see Matter of Berenhaus v Ward*, 70 NY2d 436, 443-444 [1987]).

The determination to revoke petitioner's license does not shock our sense of fairness (*see Seemangal* at 461; *cf. Matter of Grady v New York State Off. of Children & Family Servs.*, 39 AD3d 1157, 1158 [2007]).

We have considered petitioner's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Andrias, Saxe, Freedman and Román, JJ.